1

2

3

4

5

6

7

8                                          UNITED STATES DISTRICT COURT

9                                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL DEMOND RUSSELL,                              No.  2:14-cv-1105 AC P

12                          Petitioner,

13          v.                                            ORDER

14   CALIFORNIA,

15                          Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  In his application,

19   petitioner challenges a conviction issued by the Kern County Superior Court.  Kern County is part

20   of the Fresno Division of the United States District Court for the Eastern District of California.

21   See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.

25          Good cause appearing, IT IS HEREBY ORDERED that:

26          1.  This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Fresno; and

28   /////

                                                      1

1     2.  All future filings shall reference the new Fresno case number assigned and shall be

2  filed at:

3                    United States District Court
                     Eastern District of California
                     2500 Tulare Street
4                    Fresno, CA 93721

5  DATED: May 7, 2014

6                                           _____

7                                           ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2